In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00101-CV
_____

JOHN ROBERT LOVETT JR., Appellant

VS.

JAYDE TORRES, Appellee

On Appeal from the 258th District Court
San Jacinto County, Texas
Trial Cause No. CV15,799

MEMORANDUM OPINION

The trial court signed a final judgment on December 9, 2019. Appellant John Robert Lovett Jr. filed a notice of appeal but failed to file a brief. On September 10, 2020, we notified the parties that the appellant's brief was past due and had not been filed. On September 24, 2020, we again notified the parties that the appellant's brief was past due and warned that the appeal would be submitted on the record alone if the brief and a motion for extension of time were not filed by September 29, 2020, and we warned that the cause would be submitted to the Court on the record alone

1

and without briefs, which could result in dismissal for want of prosecution. *See* Tex. R. App. P. 39.8. On September 30, 2020, we informed the parties that the appeal would be submitted on the record alone on October 21, 2020.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 21, 2020
Opinion Delivered November 5, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.

2